Chiles P. EVANS, Plaintiff—Appellant,

v.

Page TRUE, Warden, Sussex I State Prison; Gene M. Johnson, Director of Virginia Department of Corrections, Defendants—Appellees.

No. 05–6870.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2005.

Decided: Sept. 2, 2005.

Chiles P. Evans, Appellant pro se.

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chiles P. Evans appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Evans v. True*, No. CA–05–180–JBF–JEB (E.D. Va. June 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*